**FILED**
JUN 0 3 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Raul HERNANDEZ-Frias,<br><br>Defendant. | Mag. Case No. **'08 MJ 8494**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found In the<br>United States |

The undersigned complainant being duly sworn states:

On or about June 01, 2008, within the Southern District of California, defendant Raul HERNANDEZ-Frias, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3rd DAY OF JUNE 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA
v.
Raul HERNANDEZ-Frias

STATEMENT OF FACTS

The complainant states that this complaint is based upon the investigative reports of U. S. Border Patrol Agent J. Lopez, the Defendant, Raul HERNANDEZ-Frias, was found and arrested on June 1, 2008, west of Calexico, California.

On June 1, 2008, 2008, at approximately 4:00 P.M., Agents R. Alexander and A. Balkas encountered a group of six individuals, one of which was later identified as Raul HERNANDEZ-Frias, in the mountainous area approximately 29 miles west of Calexico and north of the International Boundary with Mexico. As the agents approached the group, they identified themselves and questioned the group. It was determined HERNANDEZ and the others are citizens of Mexico illegally in the United States. HERANDEZ and the others were arrested and transported to the Imperial, California, Border Patrol Station.

At the station a record check of HERNANDEZ revealed he was expeditedly removed from the United States on November 10, 2007, and has an Immigration and criminal history.

HERNANDEZ was advised his rights per Miranda. HERNANDEZ stated he understood his rights and was willing to speak with agents without an attorney present. HERNANDEZ stated he had previously been deported. HERNANDEZ denied having any documents to be in the United States legally. When asked if he had or received permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States, HERNANDEZ stated, "No".

(2)